IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PAUL L. SPAIN, etc., }
    Plaintiff, }
v. }  CIVIL ACTION NO.
BROWN & WILLIAMSON TOBACCO } 99-AR-2424-S
CORPORATION, et al., }
    Defendants. }

FILED
04 OCT -4 PM 2:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
OCT 04 2004

## MEMORANDUM OPINION

    Upon hearing the motion filed on August 24, 2004, by defendants seeking a dismissal of the above-entitled action insofar as it attempts to state a claim for breach of implied warranty of merchantability, the court is somewhat nonplused, but is unwilling to certify another question of Alabama Law to the Supreme Court of Alabama, after that court labored long and hard to answer the questions previously submitted to it by the Eleventh Circuit.

    This court is satisfied that Judge Guin of this court in *Rose v. General Motors Corp.*, 323 F. Supp. 2d, 1244 (N.D. Ala. 2004), correctly read the Supreme Court of Alabama in *Ex parte General Motors Corp.*, 769 So. 2d 903 (Ala. 1999), to preclude an action for personal injuries brought in Alabama against a manufacturer (in contrast to a seller) on a theory of breach of implied warranty of merchantability.

    By separate order, the court will grant defendants' motion. DONE this 4R day of October, 2004.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE